IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

TILTON RHODES, SR.                                                                                                PETITIONER
ADC #136970

V.                                            NO. 5:11cv00317 JMM-JTR

RAY HOBBS, Director,                                                                                              RESPONDENT
Arkansas Department of Correction

## ORDER

Respondent has filed a Response (docket entry #16) arguing that Petitioner's 28 U.S.C. § 2254 habeas claims are procedurally defaulted due to Petitioner's failure to properly raise them in state court, are without merit, or were reasonably adjudicated by the state courts. A Reply to the Response would be helpful to resolution of this action.

IT IS THEREFORE ORDERED THAT Petitioner is directed to file, **on or before July 25, 2012,** a Reply addressing the arguments for dismissal raised in the Response.

DATED THIS 25th DAY OF June, 2012.

_____
UNITED STATES MAGISTRATE JUDGE